RECEIVED
DEC 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FedEx Kinko's**
Office and Print Center

3515C S JEFFERSONST
FALLS CHURCH, VA 22041

Location:      ZFOKO
Device ID:     ZFOKO-POS2
Employee:      546370
Transaction:   450054299176
               450542991176

.DARD OVERNIGHT
  008428220    0.30 lb (S)      $15.89
.DARD OVERNIGHT
  008428974    0.35 lb (S)      $15.89
.DARD OVERNIGHT
  008428286    0.35 lb (S)      $15.89

        Shipment subtotal:      $47.67

              Total Due:        $47.67

        (V) CreditCard:         $47.67
        **********28173
                                $47.67

12/18/06

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

        Visit us at: fedex.com
        Or call 1.800.GoFedEx
            1.800.463.3339
                              2:52:25 PM
December 18, 2006  2:52:25 PM

---

SUMMONS DELIVERY

CASE NO.  06 2149 CKK

8550 0842 8220       U.S.-ATTORNEY

8550 0842 8974       ATTORNEY GENERAL (DOJ)

8550 0842 8286       DOL (Chao)

Track Shipments
Detailed Results

(?) Quick Help

| | |
|---|---|
| Tracking number | 855008428286 |
| Signed for by | A.WARD |
| Ship date | Dec 18, 2006 |
| Delivery date | Dec 19, 2006 11:38 AM |
| Status | Delivered |

Delivered to: Receptionist/Front Desk

**CASE No. 06 2149**

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Dec 19, 2006 | 11:38 AM | Delivered | | |
| | 11:27 AM | Delivery exception | WASHINGTON, DC | Incorrect address |
| | 9:20 AM | Delivery exception | WASHINGTON, DC | Recipient location security delay. Delivery will be reattempted. |
| | 8:53 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 6:48 AM | At local FedEx facility | WASHINGTON, DC | |
| Dec 18, 2006 | 11:17 PM | At dest sort facility | DULLES, VA | |
| | 7:18 PM | Left origin | FALLS CHURCH, VA | |
| | 2:52 PM | Picked up | FALLS CHURCH, VA | |

---

**FedEx US Airbill** — Express

FedEx Tracking Number: 8550 0842 8286
Form ID No.: 0200

**From** Date: 12/18/06
Sender's Name: E. WASHINGTON
Phone: (703) 521-2100
Address: 7124 Strathmore ST
City: Falls Church  State: VA  ZIP: 22042

**To**
Recipient's Name: ELAINE L. CHAO
Company: U.S. DEPT OF LABOR
Recipient's Address: 200 Constitution Ave, N.W.
City: WASHINGTON  State: DC  ZIP: 20210

4a Express Package Service: [X] FedEx Standard Overnight
5 Packaging: [X] FedEx Envelope
6 Special Handling: [X] No (dangerous goods)
7 Payment: [X] Credit Card

520

Track Shipments
Detailed Results

[?] Quick Help

| Tracking number | 855008428974 | Delivered to | Shipping/Receiving |
| Signed for by | A.FRAZIER | Service type | Standard Envelope |
| Ship date | Dec 18, 2006 | | |
| Delivery date | Dec 19, 2006 9:59 AM | | |
| Status | Delivered | | |

CASE NO. 06 2149

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Dec 19, 2006 | 9:59 AM | Delivered | | |
| | 9:04 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 6:50 AM | At local FedEx facility | WASHINGTON, DC | |
| Dec 18, 2006 | 11:17 PM | At dest sort facility | DULLES, VA | |
| | 7:18 PM | Left origin | FALLS CHURCH, VA | |
| | 2:52 PM | Picked up | FALLS CHURCH, VA | |

Signature proof | E-mail results | Track more shipments

Subscribe to tracking updates (optional)

---

FedEx US Airbill Express

FedEx Tracking Number: 8550 0842 8974

Form 0200

From
Date 12/18/06
Sender's Name: E. WASHINGTON
Phone: (703) 521-2100

Address: 7124 Strathmore ST
City: Falls Church  State: VA  ZIP: 22042

4a Express Package Service
[X] FedEx Standard Overnight

5 Packaging
[X] FedEx Envelope

To
Recipient's Name:
Company: U.S. ATTORNEY GENERAL D.O.J.
Recipient's Address: 950 PENNSYLVANIA AVE NW
City: WASHINGTON  State: DC  ZIP: 20530

7 Payment Bill to:
[X] Credit Card

520

http://fedex.com/Tracking/Detail?ftc_start_url=&totalPieceNum=&backTo=&templat...   12/19/06

## Track Shipments
### Detailed Results

🔍 Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 855008428220 | Delivered to | Receptionist/Front Desk |
| Signed for by | C.BAUM | Service type | Standard Envelope |
| Ship date | Dec 18, 2006 | | |
| Delivery date | Dec 19, 2006 9:26 AM | | |
| Status | Delivered | | |

**CASE No. 06 2149**

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Dec 19, 2006 | 9:26 AM | Delivered | | |
| | 7:51 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 6:49 AM | At local FedEx facility | WASHINGTON, DC | |
| Dec 18, 2006 | 11:17 PM | At dest sort facility | DULLES, VA | |
| | 7:18 PM | Left origin | FALLS CHURCH, VA | |
| | 2:52 PM | Picked up | FALLS CHURCH, VA | |

Signature proof | E-mail results | Track more shipments

---

**FedEx US Airbill Express**

Tracking Number: 8550 0842 8220
Form ID No. 0200

**From** Date 12/18/06
Sender's Name: E. WASHINGTON
Phone: (703) 521-2100
Address: 7124 Strathmore ST
City: Falls Church   State: VA   ZIP: 22042

**To**
Company: U.S. ATTORNEY
Address: 501 3RD ST, N.W.
City: Washington   State: DC   ZIP: 20001

4a Express Package Service: ✓ FedEx Standard Overnight

5 Packaging: ✓ FedEx Envelope

6 Special Handling: No (dangerous goods)

7 Payment: ✓ Credit Card

520