UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD D. WASHINGTON,** ) | |
| ) | |
| Plaintiff *pro se*, ) | Civil Action No.: 06-2149(CKK) |
| ) | |
| v. ) | |
| ) | |
| **ELAINE L. CHAO,** ) | |
| Secretary, U.S. Department of Labor ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Elaine Chao, Secretary, U.S. Department of Labor, by counsel, respectfully moves for a two week extension of time, to and including March 6, 2007, within which to file its response to plaintiff's complaint. Defendant's response to the complaint in this case is presently due on February 20, 2007. This is the Defendant's first request for an extension of time for this purpose. Undersigned counsel called Plaintiff pro se regarding this motion for extension of time, and Plaintiff stated that he consented to the requested two week extension of time for the filing of defendant's response to his complaint.

Undersigned counsel seeks this additional time in order to obtain the files from defendant necessary to prepare a response to the complaint in this case. Undersigned counsel has been in contact with agency counsel, who indicated that the background information on this matter is being prepared to send to undersigned counsel. At the time of filing this motion, however, undersigned counsel has not yet received the information necessary to prepare a response to the

complaint.

For the foregoing reasons, the defendant respectfully requests that this motion for an enlargement of time be granted.[1]

Dated: February 15, 2007.

        Respectfully submitted,

        ___/s_/_____
        JEFFREY A. TAYLOR, D.C. BAR #498610
        United States Attorney

        __/s/_____
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

        __/s/_____
        ALEXANDER D. SHOAIBI, D.C. BAR #423587
        Assistant United States Attorney
        5O1 Third Street, N.W., Rm E-4818
        Washington, D.C.  20530
        (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this __15th__ day of February, 2007, I caused the foregoing **Defendant's First Motion for Extension of Time to Respond to Complaint** to be served on plaintiff, postage prepaid, addressed as follows:

>Edward Washington
>7124 Strathmore Street
>Falls Church, VA 22042


>___/s/_____
>ALEXANDER D. SHOAIBI
>Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD D. WASHINGTON,** | ) |
| Plaintiff *pro se*, | ) Civil Action No.: 06-2149(CKK) |
| v. | ) |
| **ELAINE L. CHAO,**<br>Secretary, U.S. Department of Labor | ) |
| Defendant. | ) |

## ORDER

**UPON CONSIDERATION** of defendant's consent motion for extension of time to file its response to plaintiff's complaint, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant shall file its to the complaint on or before March 6, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.