UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD D. WASHINGTON ) | |
| ) | |
| Plaintiff pro se, ) | |
| ) | |
| v. ) | Civil Action No.:  06-2149 (CKK) |
| ) | |
| ELAINE L. CHAO, ) | |
| Secretary, ) | |
| U.S. Department of Labor, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### CONSENT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

Defendant, by counsel and with the agreement of Plaintiff, moves for a brief continuance of the Initial Scheduling Conference presently set for April 4, 2007.  This motion should be granted for the following reasons:

1.  Counsel for defendant has previously scheduled plans to be out of town the week of April 2 through April 6, 2007.

2.   Counsel for defendant has spoken to pro se plaintiff about the aforementioned conflict and plaintiff agrees to a continuance of the initial scheduling conference.

3.   The parties propose the following alternative dates for the initial scheduling conference: April 10, 2007, April 12, 2007, April 17, 2007, and April 18, 2007.

WHEREFORE, defendant, by counsel, moves that April 4, 2007 date for the initial scheduling conference be vacated, and that it be reset on one of the above four dates proposed by the parties.

___/s_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


__/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

## CERTIFICATE OF SERVICE

      I hereby certify that on this  20th  day of March, 2007, I caused the foregoing Motion to Continue Initial Scheduling Conference to be served on plaintiff, postage prepaid, addressed as follows:

>Edward D. Washington
>7124 Strathmore Street
>Falls Church, VA 22042

                         /s/
                      ALEXANDER D. SHOAIBI
                      Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD D. WASHINGTON**          ) | |
| ) | |
| Plaintiff pro se,          ) | |
| ) | |
| v.          ) | Civil Action No.:  06-2149 (CKK) |
| ) | |
| **ELAINE L. CHAO,**          ) | |
| Secretary,          ) | |
| U.S. Department of Labor,          ) | |
| ) | |
| Defendant.          ) | |
| ) | |

**ORDER**

**UPON CONSIDERATION** of defendant's consent motion to continue initial scheduling conference, it is hereby **ORDERED** that the motion is **GRANTED**, and that the April 4, 2007 date is hereby vacated, and that the initial scheduling conference shall occur on _____ at _____.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007