UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD D. WASHINGTON, )<br>　　Plaintiff pro se, )<br>v. )<br>ELAINE L. CHAO, )<br>　　Secretary, )<br>　　U.S. Department of Labor, )<br>　　Defendant. ) | Civil Action No.: 06-2149 (CKK) |

**DISCOVERY STATUS REPORT**

Plaintiff pro se, Edward D. Washington, and defendant U.S. Department of Labor, by counsel, hereby provide this discovery status report in accordance with this Court's instructions at the initial scheduling conference. The parties have conferred and agreed to the following:

1. Written discovery must be served on or before May 15, 2007.

2. Notices of Oral Depositions must be served on or before July 1, 2007.

3. Discovery will be controlled by the attached protective order.

4. Defendant expects to notice the oral deposition of the plaintiff. Plaintiff plans to serve written depositions on no more than seven employees of Defendant, and may supplement these written depositions with oral depositions.

Respectfully submitted,

_____//_____  _____//_____
EDWARD D. WASHINGTON                JEFFREY TAYLOR, D.C. Bar #498610
7124 Strathmore Street              United States Attorney
Falls Church, VA 22042              _____//_____
(703)521-2100                       RUDOLPH CONTRERAS, D.C. Bar #434122
                                    Chief, Civil Division

Plaintiff Pro Se



                                    _____//_____
                                    ALEXANDER D. SHOAIBI, D.C. Bar #423587
                                    Assistant United States Attorney
                                    Civil Division
                                    555 4th Street, NW
                                    Room 4218E
                                    Washington, DC 20530
                                    (202) 514-7236

                                    Counsel for Defendant