UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD D. WASHINGTON )<br>)<br>Plaintiff pro se, )<br>)<br>v. )<br>)<br>ELAINE L. CHAO, )<br>Secretary, )<br>U.S. Department of Labor, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.: 06-2149 (CKK) |

**STIPULATION REGARDING INITIAL DISCLOSURES**

Plaintiff pro se, Edward D. Washington, and defendant U.S. Department of Labor, by counsel, hereby stipulate and agree that they will not exchange Federal Rule of Civil Procedure Rule 26(a)(1) initial disclosures.

Respectfully submitted,

_____//_____
EDWARD D. WASHINGTON
7124 Strathmore Street
Falls Church, VA 22042


Plaintiff Pro Se

_____//_____
JEFFREY TAYLOR, D.C. Bar #498610
United States Attorney
_____//_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Chief, Civil Division

_____//_____
ALEXANDER D. SHOAIBI, D.C. Bar #423587
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530


Counsel for Defendant