UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD D. WASHINGTON )<br>)<br>      Plaintiff pro se, )<br>)<br>v. )<br>)<br>ELAINE L. CHAO, )<br>      Secretary, )<br>      U.S. Department of Labor, )<br>)<br>      Defendant. )<br>) | Civil Action No.: 06-2149 (CKK/AK) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSE TO AMENDED COMPLAINT**

Defendant, by and through undersigned counsel, hereby moves for a two week enlargement of time to respond to plaintiff's amended complaint. The requested enlargement is justified for the following reasons:

1. On August 19, 2007, this Court allowed plaintiff pro se to file an amended complaint in this case (Docket # 13, Amended Complaint against Elaine L. Chao filed by Edward D. Washington; "Let it be filed" by Judge C. Kollar-Kotelly: Entered:08/22/2007).

2. Undersigned counsel was on leave at the time plaintiff's amended complaint was filed, and needs additional time to prepare a response to the newly raised allegations and causes of action stated therein.

3. Undersigned counsel is aware of the Court's policy that motions for extension of deadlines should be filed four days in advance, and apologizes to the Court for not complying with that policy in its filing of this instant motion. By way of explanation, undersigned counsel initially understood that plaintiff's filing of an amended complaint without moving for leave to

do so as called for by Federal Rule of Civil Procedure 15(a) would not qualify as proper filing, and, therefore, not require a response from defendant. Upon further review of the docket on September 5, 2007 (in preparation for the September 6, 2007 mediation), undersigned counsel noted that the Court's ruling "Let this be filed" likely granted plaintiff leave to amend his complaint, without plaintiff having moved for leave to do so. As a result, the instant motion for enlargement of time is being filed.

    4. Undersigned counsel spoke with plaintiff regarding this motion for enlargement of time to respond to his amended complaint, and plaintiff consents to the requested enlargement of time.

    5. Granting an enlargement of time to respond to plaintiff's amended complaint would be in the interests of justice.

    Wherefore, defendant moves for a two week enlargement of time to September 19, 2007 to respond to plaintiff's amended complaint.

    Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4818
Washington, D.C. 20530
(202) 514-7236

## CERTIFICATE OF SERVICE

I hereby certify that on this __5th__ day of September, 2007, I caused the foregoing **Defendant's Consent Motion for Enlargment** to be served on plaintiff, postage prepaid, addressed as follows:

>Edward D. Washington
>7124 Strathmore Street
>Falls Church, VA 22042

　　　　　　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　　　　　ALEXANDER D. SHOAIBI
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD D. WASHINGTON**          )  <br>                                                              )  <br>         **Plaintiff pro se,**                    )  <br>                                                              )  <br>   v.                                                       )   Civil Action No.:  06-2149 (CKK/AK)  <br>                                                              )  <br>**ELAINE L. CHAO,**                              )  <br>         **Secretary,**                              )  <br>         **U.S. Department of Labor,**    )  <br>                                                              )  <br>         **Defendant.**                            )  <br>_____)  | |

### ORDER

**UPON CONSIDERATION** of defendant' consent motion for enlargement of time,  it is hereby **ORDERED** that the motion is **GRANTED**.  Defendant shall respond to plaintiff's Amended Complaint on or before September 19, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.