UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD D. WASHINGTON )<br>)<br>　　　Plaintiff pro se, )<br>)<br>v. )<br>)<br>ELAINE L. CHAO, )<br>　　　Secretary, )<br>　　　U.S. Department of Labor, )<br>)<br>　　　Defendant. )<br>_____ ) | Civil Action No.: 06-2149 (CKK/AK) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO DEFENDANT'S REPLY IN SUPPORT OF DISPOSITIVE MOTION**

　　Defendant, by and through undersigned counsel and with the consent of plaintiff pro se, hereby moves for a two week enlargement of time in which to file its reply to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, for summary judgment. The requested enlargement is merited for the following reasons:

　　1. In its September 28, 2008 scheduling order (Docket # 16), the Court set January 11, 2008 as the deadline for the filing of defendant's reply to plaintiff's opposition to defendant's dispositive motion.

　　2. Although he has been diligently working on defendant's reply, conflicting obligations in undersigned counsel's caseload will prevent him from completing defendant's reply by the above deadline.

　　3. Undersigned counsel spoke to plaintiff pro se about the instant motion, and plaintiff pro se provided his consent to a two week enlargement of time for the filing of defendant's reply.

　　4.  Granting the requested enlargement would be in the interests of justice.

Wherefore, defendant moves for a two week enlargement of time to January 25, 2008 to file its reply to plaintiff's opposition to defendant's dispositive motion.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4818
Washington, D.C.  20530
(202) 514-7236

## CERTIFICATE OF SERVICE

I hereby certify that on this   7th   day of January, 2008, I caused the foregoing **Defendant's Consent Motion for Enlargement of Time to File Reply** to be served on plaintiff, postage prepaid, addressed as follows:

>Edward D. Washington
>7124 Strathmore Street
>Falls Church, VA 22042

>   /s/
>ALEXANDER D. SHOAIBI
>Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD D. WASHINGTON** | ) |
| | ) |
| Plaintiff pro se, | ) |
| | ) |
| v. | ) Civil Action No.: 06-2149 (CKK/AK) |
| | ) |
| **ELAINE L. CHAO,** | ) |
| Secretary, | ) |
| U.S. Department of Labor, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

**UPON CONSIDERATION** of defendant's consent motion for enlargement of time to file its reply, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant shall file its reply to plaintiff's opposition to defendant's dispositive motion on or before January 25, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.