**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDWARD D. WASHINGTON,

     Plaintiff,

     v.

ELAINE L. CHAO, Secretary,
United States Department of Labor

     Defendant.

Civil Action No. 06-2149 (CKK)

**ORDER**
(September 9, 2008)

For the reasons set forth in an accompanying memorandum opinion, it is, this 9th day of

September, 2008, hereby

**ORDERED** that Defendant's [17, 18] Motion to Dismiss, or in the alternative, Motion

for Summary Judgment, is GRANTED; and it is further

**ORDERED** that this case is dismissed in its entirety.

*This is a Final, Appealable Order.*

                               */s/*
                               COLLEEN KOLLAR-KOTELLY
                               United States District Judge